# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA MONRY,<br><br>Defendant. | Case No. 2:17-cr-00068-RFB<br><br>**ORDER RE: MOTION TO TRAVEL** |

Having considered Sandra Monroy's sealed motion to travel,[1] the government's response,[2] and the arguments at the April 25, 2017, motion hearing, the Court hereby GRANTS the motion [ECF No. 4]. Ms. Monroy may travel to Mexico from May 28–June 4, 2017, as stated in open court.[3]

IT IS FURTHER ORDERED that when Ms. Monroy reenters the United States, she must present a copy of this order and notify the Customs officers or Border Patrol agents that she has been convicted of importing controlled substances in violation of 21 U.S.C. §§ 952, 960, and that she consents to a routine search of her vehicle. Within 24 hours of reentering the United States, Ms. Monroy must provide to probation the name and contact information of the officer(s) or agent(s) whom she notified of her prior conviction at the point of entry so that probation can confirm her compliance with this order.

---

[1] ECF No. 4.

[2] ECF No. 7.

[3] At the hearing, Ms. Monroy requested and the Court approved travel from May 27–June 4th. Ms. Monroy has since submitted her travel-request documents to probation indicating that she instead wishes to depart on May 28th.

DATED this 22nd day of May, 2017.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE